UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEVON COOPER,<br><br>　　　　　　　　　Petitioner,<br>v.<br>WILLIAM GITTERE, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 3:20-cv-00051-LRH-CLB<br><br>ORDER |

This is Devon Cooper's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Cooper has filed a motion for extension of time to file a reply in support of his petition (ECF No. 16). Good cause appearing,

**IT IS ORDERED** that the petitioner's motion for extension of time to file a reply in support of his petition (ECF No. 16) is **GRANTED**. Petitioner will file his reply within **60 days** of the date of this order.

DATED this 5th day of October, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1