UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEVON COOPER,<br><br>        Petitioner,<br>    v.<br><br>WILLIAM GITTERE, et al.,<br><br>        Respondents. | Case No. 3:20-cv-00051-LRH-CLB<br><br>ORDER |

This is Devon Cooper's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Before the court is respondents' motion for extension of time to file an answer to the petition (ECF No. 9). Good cause appearing,

**IT IS ORDERED** that respondents' motion for extension of time to file an answer to the petition (ECF No. 9) is **GRANTED** *nunc pro tunc*.

DATED this 24th day of November, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE