UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DEVON COOPER,

            Petitioner,

v.

WILLIAM GITTERE, *et al.,*

            Respondents.

Case No. 3:20-cv-00051-LRH-CLB

ORDER

Upon review of the exhibits filed by Respondents in the above matter, it appears they failed to include Exhibits B and C admitted into evidence for consideration during the state district court's postconviction evidentiary hearing in this matter, i.e., emails dated on or about May 20 and 26, 2013, concerning counsels' communications with Petitioner. (*See* Exhibit 104 at 16, 21.)

It is therefore ordered that within 14 days of the date of entry of this order Respondents must supplement their exhibits to include the aforementioned missing state court records.

DATED this 22nd day of December, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE